AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Reynaldo CISNEROS<br>(USA / 1979) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    7:25-mj-3586 |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ December 30, 2025 ___ in the county of ___ Hidalgo ___ in the ___ Southern ___ District of ___ Texas ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 111(a)(1) | Whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties and where such acts involves physical contact with the victim of that assault |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Jose Garcia

/s/ Colin Murray

*Complainant's signature*

Colin Murray, HSI Special Agent

*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: ___ 12/30/2025 @ 5:34 p.m. ___

*Judge's signature*

City and state: ___ McAllen, Texas ___   Juan F. Alanis, U.S. Magistrate

*Printed name and title*

Judge

**"ATTACHMENT A"**

I, Colin Murray, am a Special Agent for the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/ officers, merely the amount needed to establish probable cause.  I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1.  On December 30th, 2025, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) R.G., C.S., and other officers were conducting Work Site Enforcement on a residential property being built in Donna, TX, for the purpose of conducting immigration inspections.

2.  Upon arriving at the location with their emergency lights engaged, officers observed multiple subjects, who appeared to be workers, running towards the rear of the residence. The DOs, identifying themselves as ICE officers, pursued the subjects to a door located on the rear side of the residence. DOs approached the door and asked the subjects why they were running. One of the subjects opened the door and allowed the DO to enter the residence where the DO began to question multiple subjects concerning their immigration status.

3.  During this time Reynaldo CISNEROS, who had been out front when the DOs gave chase to the suspects, began to shout profanities while following the DOs to the rear of the residence. DOs R.G. and C.S. were standing at the back door when CISNEROS approached them. DO C.S. told CISNEROS to "get back" while the officers inside the residence were conducting their investigation. CISNEROS attempted to enter the back door of the residence where DO C.S. attempted to stop him by grabbing his shoulder, which CISNEROS shrugged off. CISNEROS then approached DO C.S. again, closing the distance between them. DO C.S. then pushed CISNEROS back stating again "get back". Seeing this altercation, DO R.G. stepped up closer to DO C.S. CISNEROS then approached DO R.G., who pushed CISNEROS back again.

4.  CISNEROS then lunged at DO R.G., while throwing a black Yeti coffee cup that CISNEROS had in his hand. DO C.S. witnessed the cup strike DO R.G. in the head. Red markings were visible on DO R.G.'s head. The momentum of CISNEROS' lunge towards DO R.G. caused the two to fall into the threshold of the residence. DO C.S. and other officers assisted DO R.G. in handcuffing CISNEROS. While officers were attempting to handcuff him, CISNEROS refused to give officers his hands and continued to shout profanities. After CISNEROS was placed under arrest and transported to ICE ERO Edinburg for interview.

5.  HSI Special Agents (SA) responded to ICE ERO Edinburg to interview CISNEROS who refused to speak with agents.

6.  Based on the aforementioned information, your affiant respectively submits that Reynaldo CISNEROS committed violations of Title 18, United States code, section 111(a)(1), Assaulting a Federal Officer.