United States Courts
Southern District of Texas
FILED

January 21, 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. **M-26-277** |
| | § | |
| REYNALDO CISNEROS | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 30, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**REYNALDO CISNEROS**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Immigration and Customs Enforcement (Enforcment and Removal Operations), Deportation Officers, R.G. and C.S., while said agents were engaged in or on account of the performance of their official duties, said offense involved physical contact with Immigration and Customs Enforcement Deportation Officers.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY