**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. 7:26-cr-00277 |
| _Reynaldo Cisneros_ | § | |
| | § | |

**CONSENT TO ADMINISTRATION OF GUILTY PLEA
AND FED.R.CRIM.P. 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE**

I, ___Reynaldo Cisneros___, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this ___23rd___ day of ___July___, 2026.

_____
**Defendant**

_____
**Attorney for Defendant**

_____
**Assistant United States Attorney**